JOHN M. BUSH, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Decision Filed May 19, 1922.

A Writ of Error to the Circuit Court for Holmes County; D. J. Jones, Judge.

*A. D. Carmichael* for Plaintiff in Error;

*Rivers H. Buford*, Attorney General, and *Marvin C. McIntosh*, Assistant Attorney General, for the State.

PER CURIAM.—The evidence herein is of such nature that in justice the judgment should be and is hereby reversed for a new trial. See Taylor v. State, 82 Fla. 427, 90 South. Rep. 336; Moore v. State, 81 Fla. 642, 88 South. Rep. 320.

Reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.